IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10837
Conference Calendar

_____


RICHARD HOWARD FANTROY,

Plaintiff-Appellant,

versus

GEORGE E. KILLINGER ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-382-A
- - - - - - - - - -

December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:*

Richard Howard Fantroy (# 27764-077) has appealed the district court's dismissal of his civil rights action.  Fantroy argues only that the district court failed to liberally construe his pleadings, and his brief omits any discussion of the merits of his case.  Fantroy's appeal is frivolous and is DISMISSED. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.  We caution Fantroy that any additional frivolous

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Fantroy is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.